UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: DOUBLE C MARINE L L C ET AL

CIVIL ACTION NO. 6:14-CV-02273 LEAD

JUDGE JUNEAU

MAGISTRATE JUDGE WHITEHURST

# <u>JUDGMENT</u>

Trial on the merits in this matter was held on April 8, 2019.

Based on this Court's findings as set forth in the Findings of Fact and Conclusions of Law filed on this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Barbara Ann, LLC is found free of fault relative to the subject allision and is exonerated from any liability arising therefrom;
2. The claim of Paul Jones as against Barbara Ann, LLC is **DISMISSED** with prejudice;
3. Double C Marine, LLC is not entitled to exoneration or limitation of liability under the Limitation of Liability Act (46 USC § 30501 *et seq)* in connection with the subject allision, and its Complaint for Exoneration from or Limitation of Liability is therefore **DISMISSED** with prejudice;

4. This Court's Order of Injunction of July 16, 2014, *Rec. Doc. 4*, shall remain in effect as to any claim or proceeding against Barbara Ann, LLC or its insurer. In all other respects, said Order of Injunction is hereby **DISSOLVED.**

5. This Court's Judgment does not in any way address any maintenance and cure obligations in any respect.

THUS DONE AND SIGNED **in Lafayette, Louisiana, on this 17th day of April, 2019.**

**MICHAEL J. JUNEAU**
**UNITED STATES DISTRICT JUDGE**